Filed Jan. 9, 1886.

———————◆———————

No. 12,263.

THE LOUISVILLE, NEW ALBANY AND CHICAGO RAILWAY COMPANY v. INDIANAPOLIS AND WESTFIELD GRAVEL ROAD COMPANY.

From the Boone Circuit Court.

*W. Irvin* and *C. S. Wesner*, for appellant.

*R. R. Stephenson* and *T. E. Boyd*, for appellee.

HOWK, J.—No question was properly saved by the appellant in the record of this cause, and its counsel have presented no question for our decision. On the 21st day of July, 1885, appellant's counsel asked and obtained from this court an extension of thirty days in which to file their brief of this cause. Since the expiration of the time allowed more than four months have elapsed, and counsel have not filed their brief. In this state of the case this appeal must be and is dismissed, with costs.

Filed Dec. 30, 1885.